1080

No. 89–1274. ALBERT ET AL. v. AVERY, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 89–1306. CONSTRUCTION ENGINEERS, INC., ET AL. v. CONWAY CORP. ET AL. Sup. Ct. Ark. Certiorari denied.

No. 89–1310. REID v. WHITE MOTOR CORP. ET AL. C. A. 6t' Cir. Certiorari denied.

No. 89–1312. AMES v. AMES ET AL. Sup. Ct. Tex. Certiorari denied.

No. 89–1314. ROSSCO HOLDINGS INC., DBA QUAKER CORP., ET AL. v. CALIFORNIA ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 89–1319. TARKA v. FRANKLIN ET AL. C. A. 5th Cir. Certiorari denied.

No. 89–1323. ZETTL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 89–1325. GARDNER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 89–1327. RAMOS v. BETHLEHEM STEEL CORP. C. A. 3d Cir. Certiorari denied.

No. 89–1328. GOODRICH v. COUNTY OF LOS ANGELES. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 89–1329. WILLIAMS v. ILLINOIS CENTRAL GULF RAILROAD CO. Sup. Ct. Ala. Certiorari denied.

No. 89–1331. GWIRTZ ET AL. v. OHIO EDUCATION ASSN. C. A. 6th Cir. Certiorari denied.

No. 89–1333. SANDERS v. SOUTH CENTRAL BELL TELEPHONE CO. C. A. 5th Cir. Certiorari denied.

No. 89–1334. ROSENTHAL v. YOUNG ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.